USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL AVILES,

                    Plaintiff,

          -against-

PORT AUTHORITY TRANS HUDSON CORP.,

                    Defendant.

                                                    1:25-cv-5957 (MKV)

                                                    ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The parties have advised that they have reached a settlement.  [ECF No. 16].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by August 3, 2026.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  IT IS FURTHER ORDERED that the conference scheduled for June 16, 2026 is ADJORUNED *sine die*.

**SO ORDERED.**

**Date:  June 4, 2026**            _____
**      New York, NY**             **MARY KAY VYSKOCIL**
                                   **United States District Judge**